FILED

JUL - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT Court

NORTHERN DISTRICT OF CALIFORNIA

MAURICE MACK,

  Plaintiff,

  v.

MICHAEL L. FRIEDMAN; et al.,

  Defendants.

No. C 06-2730 MHP (pr)

**ORDER OF DISMISSAL**

  This pro se civil action was filed on April 21, 2006, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application -- specifically he was notified that his application was deficient because it did not include a signed certificate of funds in the inmate's account and a copy of the inmate's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee and did not file the materials needed to complete the in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The clerk shall close the file.

  IT IS SO ORDERED.

DATED: July 5, 2006

Marilyn Hall Patel
United States District Judge